COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER

Cause Nos. 01-13-00273-CV, *Patel et al. v. St. Luke's Sugar Land Partnership, L.L.P.*
01-13-00330-CV; *In re Patel et. al.*, Relators

Appeal and Original Proceeding on Petition for Writ of Temporary Injunction from *Shatish Patel, M.D. et al. v. St. Luke's Sugar Land Partnership, L.P.*, Cause No. 2011-24016, in the 152nd District Court of Harris County, Texas.

The relators in No. 01-13-00330-CV have filed an emergency motion for temporary relief. The motion requests, pursuant to TEX. R. APP. P. 52.10, that this court "issue temporary relief without bond enjoining Respondents from selling, transferring, or contracting to sell or transfer the St. Luke's Sugar Land Hospital pending resolution of Relators' Petition for Writ of Temporary Injunction." They also "request all other relief in law or at equity to which they may be entitled."

Pursuant to TEX. R. APP. P. 52.10, the court requests that the real parties in interest respond to the emergency motion in the original proceeding. Pursuant to TEX. R. APP. P. 29.3, the response should also address whether similar relief should be ordered in interlocutory appeal No. 01-13-00273-CV.

The response to the motion shall be filed on or before **April 26, 2013**.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                    Acting individually

Date: April 19, 2013